# INITIAL PRETRIAL CONFERENCE

**MAGISTRATE JUDGE:** <u>William E. Fitzpatrick</u>

**CASE:** 1:25-cv-876    Campbell  v. Trans Union LLC

**DATE:** <u>7/23/2025</u>
**TIME:** 11:10 a.m. to 11:24 a.m.

**APPEARANCES OF COUNSEL FOR:**

(    ) PLAINTIFF   ( x ) DEFENDANT
( x ) PRO SE PLAINTIFF   (    ) PRO SE DEFENDANT

**DISCOVERY PLAN:**

(    ) PLAINTIFF    (    ) DEFENDANT       ( x ) JOINT

(    ) ADOPTED AS AMENDED   ( x ) DECLINED

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:**

(    ) YES (orally)

(    ) CONSENT SIGNED

**ADR/SETTLEMENT:**

(    ) PENDING   (    ) WILL DISCUSS   (    ) OTHER

( x  ) 16(b) ORDER TO BE ISSUED

CASE CONTINUED TO: _____

**NOTES:** Discovery will be controlled by the federal rules, local rules, and the district judge's scheduling order and the court's Rule 16 Order.