UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TIFFANY LAVINE CAMPBELL,<br><br>    Plaintiff,<br>v.<br><br>TRANSUNION LLC, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-00876-LMB-WEF |

## NOTICE OF APPEARANCE

John D. Sadler and Matthew D. Lamb of the firm Ballard Spahr LLP hereby appear as counsel for defendant Capital One, N.A., successor by merger to Discover Bank, erroneously named as Discover DB Inc., and request service of all filings and other papers in this case.

                                           Respectfully submitted,

Dated: July 29, 2025                       */s/ Matthew D. Lamb*
                                           John D. Sadler (VA Bar No. 80026)
                                           Matthew D. Lamb (VA Bar No. 95669)
                                           BALLARD SPAHR LLP
                                           1909 K Street NW, 12th Floor
                                           Washington, D.C. 20006
                                           Telephone: (202) 661-2200
                                           Facsimile: (202) 661-7659
                                           sadlerj@ballardspahr.com
                                           lambm@ballardspahr.com

                                           *Counsel for Defendant Capital One, N.A., successor by merger to Discover Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2025, I directed that the foregoing *Notice of Appearance* be served the following via first class mail:

Tiffany Lavine Campbell
P.O. Box 3066
Warrenton, VA 20188
*Pro Se Plaintiff*

Marc F. Kirkland
Quilling, Selander, Lownds, Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
*Counsel for Defendant Trans Union LLC*

                                               */s/ Matthew D. Lamb*
                                               Matthew D. Lamb